United States District Court
Southern District of Texas
**ENTERED**
August 14, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| JORGE SANCHEZ ARISTIZABAL, | § | |
| "Petitioner," | § | |
| | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 1:26-cv-00714 |
| MARKWAYNE MULLIN, *et al.*, | § | |
| "Respondents." | § | |

**ORDER**

Before this Court are Petitioner's "Petition for Writ of Habeas Corpus" (Dkt. No. 1) ("Petition") and "Notice of Voluntary Dismissal" (Dkt. No. 6) ("Voluntary Dismissal"). By his Voluntary Dismissal, Petitioner notifies the Court that Petitioner was granted voluntary departure on July 23, 2026. Dkt. No. 6 at 1. For this reason, Petitioner's Petition (Dkt. No. 1) is **DISMISSED** sua sponte.

The case-or-controversy requirement must subsist through all stages of federal judicial proceedings. *Spencer v. Kemna*, 523 U.S. 1, 7 (1998). Otherwise, the action is moot, and the court is stripped of jurisdiction. Here, Petitioner's release from detention renders the Petition moot because he is no longer in detention. Consequently, there is no longer a live case or controversy for this Court to resolve.

Accordingly, Petitioner's Petition (Dkt. No. 1) is hereby **DISMISSED** sua sponte. The Clerk of the Court is **ORDERED** to close this case.

SIGNED this August 14, 2026

Rolando Olvera
United States District Judge

1 / 1